UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2022 SEP 29  PM 12: 01

DEPUTY CLERK_____ mb

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC | § | Civil Action No.: 3:22-cv-01463-K |
| *Plaintiff* | § | |
| v. | § | |
| JOHN DOE subscriber assigned IP address 70.123.97.183, | § | |
| *Defendant* | § | |

**OBJECTION TO REQUEST FOR PRODUCTION AND INSPECTION**

JOHN DOE subscriber assigned IP address 70.123.97.183 serves the following Response to the Request for Production and Inspection for the following reasons:

**Response No. 1**

Objection is made to the production request to the extent it subjects Defendant to an invasion of personal, constitutional, or property rights. Tex. R. Civ. P. 192.6(b).

**Response No. 2**

Objection is made to the production request to the extent the proposed discovery is not relevant to the subject matter of the suit and will not lead to the discovery of admissible evidence. Tex. R. Civ. P. 192.3(a). The proposed discovery goes beyond the subject matter of the case and reasonable expectations of obtaining information that will aid resolution of the dispute. Tex. R. Civ. P. 192 cmt. 1

Respectfully submitted,

By: /s/ John Doe subscriber assigned
IP address 70.123.97.183

## CERTIFICATE OF SERVICE

I certify true and correct copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on September 29, 2022.

/s/ John Doe subscriber assigned
IP address 70.123.97.183